UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGHAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:13-cv-11914-PBS |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**

The pro se plaintiff has filed a document styled "Reply and Motion to Strike Affirmative Defenses." The document is not entirely clear, but purports to request an order striking some of the affirmative defenses asserted by the defendant Convergent Outsourcing, Inc. ("Convergent") in its answer to the complaint. The Motion is frivolous and should be denied, for the following reasons:

1.  The pro se plaintiff made no attempt to communicate with defense counsel pursuant to Local Rule 7.1. There has been no conference as required by the Rule. Nor does the Motion have the required certification. For this reason alone it should be denied.

2.  In any event, the Motion is not well taken. Convergent has in good faith asserted multiple affirmative defenses that are standard in cases like this and appropriate given the known circumstances. If necessary, Convergent will present evidence and argument in support of these defenses. There is no reason why they should be stricken.

3.      The pro se plaintiff offers no authority in support of her Motion. Manifestly, the Motion is simply an effort to harass, annoy, and cause Convergent inconvenience and expense. It has been brought in bad faith and without basis.

For all of the foregoing reasons, the plaintiff's Motion to strike should be denied.

CONVERGENT OUTSOURCING, INC.

By its attorneys,

/s/ John J. O'Connor
John J. O'Connor
B.B.O. No. 555251
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951.2100
joconnor@peabodyarnold.com

## CERTIFICATE OF SERVICE

I, John J. O'Connor, do hereby certify that I have, this 13th day of December, 2013, served the foregoing document on all counsel of record, by causing a copy thereof, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF).

/s/ John J. O'Connor
John J. O'Connor

811997_1
15997-97841