UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Meghan Searle<br><br>    Plaintiff,<br>v.<br><br>Convergent Outsourcing, Inc.,<br><br>    Defendant. | Civil Action No.: 1:13-cv-11914-PBS |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff Meghan Searle and requests leave to amend the Complaint and in support thereof, states:

1. Plaintiff filed the original Complaint on 8/9/2013.

2. Defendant's counsel submitted a motion to dismiss and an answer to the complaint on 11/22/2013.

3. At the scheduled oral Motion Hearing on 1/17/2014, the parties departed the hearing with the general conclusion that they would try to bring this matter to a close through settlement.

4. Plaintiff, having exercised a good faith-effort to conclude the proceedings in this (¶¶ 3) way, admits that the parties have been unable to negotiate a settlement at this time.

4.   Having become aware of deficiencies in her complaint, and in the interest of justice, as well as in consideration of the early stages of the case proceedings, Plaintiff requests of the Court, brief leave to amend the complaint, attached hereto.

**WHEREFORE**, Plaintiff moves the Court to issue an order granting Plaintiff leave to amend the original complaint, that the 1st Amended Verified Complaint attached hereto be deemed filed, and for all other proper relief.

Dated: 4/10/2014

Respectfully Submitted,

By: *Meghan Searle*
Meghan Searle
9 Prospect St.
Merrimac, MA 01860
RespondRS@gmail.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by First Class, U.S. Mail to _____ on this _____ day of _____ 20___.

                                                  _____
                                                  Megan Searle
                                                  9 Prospect St.
                                                  Merrimac, MA 01860
                                                  RespondRS@gmail.com

STATE OF MASSACHUSETTS

ESSEX COUNTY

BEFORE ME personally appeared Meghan Searle who, being by me first duly sworn and identified in accordance with law, did execute the foregoing in my presence this _10th_ day of _April_ 2014.

_____
Notary Public

My Commission Expires: 02/12/21