**EXHIBIT A**

EXHIBIT

**Address Identification Number:**
[redacted]

**Status:** [redacted] **Status Details:** [redacted]

**Date Opened:** [redacted] **Type:** [redacted] **Credit Limit/Original Amount:** [redacted]

**Reported Since:** [redacted] **Terms:** [redacted] **High Balance:** [redacted]

**Date of Status:** [redacted] **Monthly Payment:** [redacted] **Recent Balance:** [redacted]

**Last Reported:** [redacted] **Responsibility:** [redacted] **Recent Payment:** [redacted]

**Payment History:**
[redacted]

## Record of Requests for Your Credit History

back to top

### Inquiries Shared With Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

The section below lists all of the companies that have requested your credit history as a result of action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

[redacted]

**Address:** [redacted] **Date of Request:** [redacted]

*No phone number available*

**Address Identification Number:**
[redacted]

**Comments:**
[redacted]

### Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;

- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.

[redacted]

**Address:** [redacted]
*No phone number available*

**Date of Request:** [redacted]

[redacted]

**Address:** [redacted]
*No phone number available*

**Date of Request:** [redacted]

[redacted] ✓

**Address:** [redacted]

**Date of Request:** [redacted]

[redacted] ✓

**Address:** [redacted]
*No phone number available*

**Date of Request:** [redacted]

**CONVERGENT OUTSOURCING** ✓

**Address:**
800 SW 39TH ST
RENTON WA 98057
*No phone number available*

**Date of Request:**
03/08/2011

[redacted] ✓

**Address:** [redacted]

**Date of Request:** [redacted]

**EXHIBIT B**

Meghan Searle                                                                 2/21/2013
9 Prospect St.
Merrimac, MA 01860


Experian
PO Box 9701
Allen, TX 75013
Attn: Legal Department

I am disputing the following items for accuracy and legitimacy:

1. /              Account#

2.                     Account#

3.                                    Account#

4.

5.            ount#

6.                     Account#

7.                     ccount#

8.                     ccount#

Please provide me with all of the information about the current investigation into account:

   1.                    Account

I do **not** recall authorizing the following inquiries on my credit report. I believe that they were obtained fraudulently. Please remove them.

1.
2.
3.
4. CONVERGENT OUTSOURCING              3/8/2011
5.

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Please also send me a report of all credit inquiries going back 5 years from today.

Sincerely,

Meghan Searle

MA Drivers License
(I do not have the ability to copy my SSN/License documentation at this present time)





**Experian**
A world of insight

PO Box 9701
Allen, TX 75013

0000527 01 MB 0.402 **AUTO T4 D 7057 01860-141909 -C01-P00527-I
MEGHAN SEARLE
9 PROSPECT ST
MERRIMAC MA 01860-1419

Prepared for: MEGHAN SEARLE
Date: March 06, 2013
Report number: 3431-9865-21

Scan me with your smart phone
for special offers from Experian.

Dear MEGHAN SEARLE

When you dispute the accuracy or completeness of information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we process your dispute as required by law. We contact the furnisher of the information or the vendor that collected the information from a public record source such as a court or other government office. We ask the furnisher or the vendor to conduct a thorough and complete investigation to verify all of the information regarding the item you disputed, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for disputes of information on an annual free credit report). We review and consider the response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete that information, or modify that information, as appropriate, based upon your dispute and the results of our processing. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results. In some instances, upon reviewing your credit file and any relevant information you have submitted to us, we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. In addition to your right to dispute information in your credit file with the credit reporting agencies, you also have the right to dispute information in your credit report directly with the furnisher of the information.

If you question the results of our dispute process, then you may want to contact the furnisher of information directly or review the original information in the public record. Please refer to your original personal credit report for the furnisher or public records office name, address, and phone number (if available).

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting agency's role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting agency must offer to include a consumer statement on the personal credit report.

0756888851

**EXHIBIT C**

Meghan Searle  
c/o 25 Gove Rd  
Seabrook, NH 03874

5/15/2013

Convergent Outsourcing  
800 SW 39th St.  
Renton, WA 98055

RE: Unrecognized Credit Inquiry of *3/07/2013*

## Notice of Lawsuit Pending

To whom it may concern at Convergent Outsourcing,

I send this letter prior to filing a lawsuit against you. This is Convergent Outsourcing's final opportunity to remedy violations of the Fair Credit Reporting Act (FCRA) 15 USC § 1681 et seq; Massachusetts Fair Credit Reporting Act (M.G.L. c 93 § 50-68); Fair Debt Collection Practices Act (FDCPA) 15 USC § 1692 et seq.; and Massachusetts Consumer Protection Act (M.G.L. c 93A § 2) et seq.

    This letter serves as formal notice that you have failed to correctly address my Unrecognized Credit Inquiry letter dated *3/07/2013*. You must be aware due to your requirement to follow the law's stated above; that making inquiries into a credit file without a permissible purpose, violates those aforementioned statutes.

    You have my absolute full attention from this moment forward, and if you do not correspond promptly, I fully intend to pursue my remedy in federal court within 10 days from the date I receive the certified mail return receipt. Refer to the draft Complaint I have provided for further understanding.

## Notice of Administrator

For the consideration of settlement outside of court, call my Financial Administrator Ryan Searle at 978-423-5337, during reasonable business hours; or email directly at any time to RespondRS@gmail.com. He is empowered to conduct the settlement of this/and any other matter that may arise between us. You are instructed not to use this phone number and email address for any other purpose except to address and settle the foregoing.

Sincerely,

*[signature]*

Meghan Searle

**Domestic Return Receipt (USPS Form 3811)**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Convergent Outsourcing
   49 Winter Street
   Weymouth, MA 02188
   Attn: Legal/Compliance Dept

A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 17 2013
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee): ☐ Yes

2. Article Number: 7010 0780 0001 7184 7331

PS Form 3811, February 2004   Domestic Return Receipt

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

OFFICIAL USE

- Postage: $0.96
- Certified Fee: [postmark: Hopkinton Falls, NH 03844, MAY 15 2013]
- Return Receipt Fee (Endorsement Required):
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $6.31   05/15/2013

Sent To: Convergent Outsourcing
Street, Apt. No.; or PO Box No.: 49 Winter Street
City, State, ZIP+4: Weymouth, MA 02188

# EXHIBIT D

Meghan Searle
c/o 25 Gove Rd
Seabrook, NH 03874

CONVERGENT OUTSOURCING
800 SW 39th St.
Renton, WA 98057

Date: 3/7/2013

Re: Unrecognized Credit Inquiry

Dear CONVERGENT OUTSOURCING,

I recently reviewed a copy of my Experian Credit Report which showed a credit inquiry by your company that I do not recall authorizing. I understand that you shall not be allowed to put an inquiry on my file unless I have approved it. The inquiry was made on 3/8/2011.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed; or if you find that I am remiss, and you did have my authorization to inquire into my credit report, that you please send me proof of this via email at RyanShollos@gmail.com.

This email is not to be used for any purpose other than addressing this issue, thank you for your understanding.

Sincerely,

Meghan Searle

