UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEGHAN SEARLE, )
)
Plaintiff, ) CIVIL ACTION
v. ) NO. 13-11914-PBS
)
CONVERGENT OUTSOURCING, INC., )
)
Defendant. )

# REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS, PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES, AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

June 12, 2014

DEIN, U.S.M.J.

## I. INTRODUCTION

The *pro se* plaintiff, Meghan Searle ("Searle"), contends that the defendant unlawfully made a credit report inquiry about her, in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq., the Massachusetts Fair Credit Reporting Act ("MFCRA"), Mass. Gen. Laws ch. 93, §§ 50-68, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq., and the Massachusetts Consumer Protection Act, Mass. Gen. Laws ch. 93A. The defendant, Convergent Outsourcing, Inc. ("Convergent"), moved to dismiss the complaint on the grounds that its inquiry was made in connection with efforts to collect a consumer debt, and was therefore authorized by statute, and that the complaint otherwise fails to state a claim upon which relief can be granted. The
[Handwritten margin note:] After review of the objections, I adopt the report and recommendation and the proposed amended complaint. I deny the motion to amend as futile and dismiss the action. /s/ Patti B. Saris