**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Meghan Searle
    Plaintiff

          V.

Covergent Outsourcing, Inc.
    Defendant

CIVIL ACTION
NO. 1:13-cv-11914-PBS

## ORDER OF DISMISSAL

SARIS, Chief D. J.

In accordance with the Court's Order dated September 9, 2014, It is hereby ORDERED that the above-entitled action be and hereby is Dismissed.

By the Court,

9/9/2014
Date

/s/ C. Geraldino-Karasek
Deputy Clerk